# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Rayan Spencer**
    Plaintiff(s)

vs.                           **CASE NUMBER: 3:09-cv-1395 (DNH)**

**Andrew Saul**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Case shall be reopened for the purpose of entering judgment for Plaintiff in part and for Defendant in part.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 8th day of July, 2020.

DATED: July 8, 2020

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk